JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| HAROLD LEE DOTY, JR., | No. ED CV 17-0880-BRO (DFM) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| KEEFE SUPPLY CO., | |
| Defendant. | |

Pursuant to the Order of Dismissal,

IT IS HEREBY ADJUGED that this action is dismissed.

DATED: June 28, 2017

By: _____

Honorable Beverly R. O'Connell
United States District Court Judge